IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAWUD DAVIS, | : | |
| Petitioner, | : | |
| | : | 1:19-cv-1158 |
| v. | : | |
| | : | Hon. John E. Jones III |
| SUPT. SCI-RETREAT, PA | : | |
| ATTORNEY GENERAL, | : | |
| Respondents. | : | |

## **ORDER**

## **July 29, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

2. The Clerk of Court is directed to NOTIFY the petitioner and CLOSE this case.

3. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. § 2253(c).

                                                  s/ John E. Jones III
                                                  John E. Jones III
                                                  United States District Judge